**Model Packing Company, Defendant in Error, v. Felix Hanzl and John Hanzl, trading as Hanzl Brothers Company, Plaintiffs in Error.**

**Gen. No. 22,214.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed June 27, 1917.

### Statement of the Case.

Action by the Model Packing Company, a corporation, plaintiff, against Felix Hanzl and John Hanzl, trading as Hanzl Brothers Company, defendants, to recover damages for a breach of contract. To reverse a judgment for plaintiff for $300, defendants prosecute this writ of error.

JOSEPH Z. KLENHA and JOSEPH J. KROUPA, for plaintiffs in error.

CHARLES DANIELS and SUMNER C. PALMER, for defendant in error.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 341*—*when evidence supports verdict in action for breach of contract.* In an action by the seller to recover damages for a breach of contract of sale, evidence *held* to support a verdict for plaintiff.

2. SALES, § 341*—*what is sufficient proof of readiness of seller to deliver goods.* In an action by the vendor of goods to recover damages for breach of contract, the readiness, ability and willingness of the vendor to deliver the goods is sufficiently shown where plaintiff avers in his statement of claim that he was compelled to sell it at the best market price obtainable by reason of defendant's breach of contract and defendants admit in their affidavit of merits that the goods were sold as alleged in the plaintiff's statement.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.